## ARRAIGNMENT CALENDAR:

BEFORE <u>U.S.D.J. MATSUMOTO</u>        DATE: 11/19/2021     TIME: 10:45 a.m.- 11:10 a.m.

DOCKET NUMBER : <u>21 CR 576 [KAM]</u>

DEFENDANT'S NAME: <u>Margaret Dominique McClain</u>   (dob)     present

DEFENSE COUNSEL: <u>Shannon Henderson</u>         by Retained

A.U.S.A: <u>Kaitlin Farrel & Jonathan Siegel</u>                            INT: NN

CASE MANAGER: Sandra Jackson         FTR/ COURT REPORTER: Anthony Frisolone

✓ Arraignment/Hearing held as to the defendant.

____ Defendant was released on_____ with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that defendant does not have a bail application/package.   **Order of Detention Entered** with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered as to defendant.

____ Code Type_____ Start_____ Stop_____

✓ Order of Speedy Trial entered.   Code Type <u>XT</u>    Start <u>11/19/2021</u>  Stop _____

✓ Defendant's first appearance on the Indictment.

✓ Defendant's arraigned on the Indictment

✓ Defendant informed of rights.

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

✓ Defendant's bail conditions shall continue.   The parties shall appear for another status conference on January 26, 2022 at 10:30 a.m. in Courtroom 6C South.